# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cherita Brown                               CHAPTER 13

                                                   BKY. NO. 19-11282 MDC

Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 and index same on the master mailing list.

                      Respectfully submitted,
                      **/s/ Rebecca A. Solarz, Esq**
                      Rebecca A Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322