IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Cherita Brown | : | |
| | : | Case No.:19-11282 |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation.

Dated: August 26, 2019           /s/ Brad J. Sadek, Esquire
                                                     Brad J. Sadek, Esquire
                                                     Sadek and Cooper
                                                     "The Philadelphia Building"
                                                     1315 Walnut Street, #502
                                                     Philadelphia, PA 19107
                                                     215-545-0008